**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7598**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

MOHAMED ADAM ABDELSHAFI,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge.  (3:07-cr-00428-HEH-1; 3:11-cv-00064-HEH)

_____

Submitted:  February 20, 2014      Decided:  February 26, 2014

_____

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Mohamed Adam Abdelshafi, Appellant Pro Se.   Joseph Errington
Atkinson, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia; Brian L. Whisler, OFFICE OF THE UNITED STATES
ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohamed Adam Abdelshafi seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Abdelshafi has not made the requisite showing. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

                                                                    <u>DISMISSED</u>